E-FILED
Thursday, 26 June, 2008  03:45:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
JUN 2 6 2008
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 08- 40045 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-303a |
| LEROY M. NESMITH ) | |
| ) | |
| Defendant, ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about MAY 30, 2008, in the Central District of Illinois, the defendant,

**LEROY M. NESMITH**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his driver's license was suspended in Iowa, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303a and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   /S/ Mary L. Fuhr
      MARY L. FUHR
      SPECIAL ASSISTANT U.S. ATTORNEY
      Rock Island Arsenal
      Rock Island, IL 61299-5000
      Telephone: 309/782-8443

1